■     SADIF, S. A., Respondent, v. COWEN & Co., Appellant, et al., Defendant. COWEN & Co., Third-Party Plaintiff, v. VENTURE OPTIONS, INC., et al., Third-Party Defendants.— Order, entered on September 18, 1963, unanimously affirmed, with $20 costs and disbursements to respondent on the ground that on the present record there is no showing that the papers sought for production under the subpœnas constitute a work product of the attorneys. Settle order on notice fixing date for examination to proceed. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■     JACOB GREENWALD, Appellant, v. MAX KAVENOFF et al., Respondents.— Orders, entered on June 18, 1963, granting motions of defendants Max Kavenoff and Samuel Schnapp to vacate plaintiff's notices of examination before trial, unanimously reversed, on the law and on the facts, with $20 costs and disbursements to plaintiff-appellant, and the motions denied. The counterclaim for reformation and the defenses present material issues of fact. Settle order on notice fixing date for examination to proceed. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.